# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| SIDNEY P. COE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   No. 1:20-CV-69 DDN |
| HOLLIE DYSINGER, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed *in forma pauperis* on appeal. ECF No. 15. When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith, s*ee* ECF No. 12; 28 U.S.C. § 1915(a)(3), and it is not apparent that plaintiff now seeks appellate review of any issue that is not frivolous. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962). As a result, the Court will deny the motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed *in forma pauperis* on appeal [ECF No. 15] is **DENIED**.

Dated this 28th day of July, 2020.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE